MC-275

Name **Chadwick ARDY**
Address **P.O Box 8101.**
**San Luis Obispo C.A 93409**

CDC or ID Number **T-13047**

2254 ✓   1983
FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes ✓ No___
COPIES SENT TO
Court ✓   Probs___

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
(Court)

Petitioner **Chadwick ARDY Demetrius**
vs.
Respondent **San Diego Police Dept.**

PETITION FOR WRIT OF HABEAS CORPUS

No. **'08 CV 0768 WQH WMc**
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**This petition concerns:**

- [ ] A conviction
- [ ] A sentence
- [ ] Jail or prison conditions
- [ ] Other (specify): _Civil Law Suite_
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: _Chadwick ARDY Demetrius_
2. Where are you incarcerated? _CMC East_
3. Why are you in custody? [X] Criminal Conviction  [ ] Civil Commitment

Answer subdivisions a. through i. to the best of your ability.

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

_I was fram By a Police officer who said he Found Dope in my right pants pockets_

b. Penal or other code sections: _1135_

c. Name and location of sentencing or committing court: _County Court house in The Down Town area._

d. Case number: _____

e. Date convicted or committed: _____

f. Date sentenced: _September of 05_

g. Length of sentence: _6yr with 80%_

h. When do you expect to be released? _Jan 24 210_

i. Were you represented by counsel in the trial court? [X] Yes  [ ] No. If yes, state the attorney's name and address:

_David K. Rankin Beeth street._

4. What was the LAST plea you entered? (check one)

- [ ] Not guilty  [X] Guilty  [ ] Nolo Contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

- [ ] Jury  [X] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

---

MC-275 [Rev. July 1, 2005]     **PETITION FOR WRIT OF HABEAS CORPUS**     Page two of six

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

The cop gave me injury's Head injury's Busted Ear Drum. and lowyer Back. injury's. I have sezzur's and have To Take pills For The rest of my life for what This Durty cop Did To me.

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

(1) an under cover cop came up To me (2) asking me To help him Fine some Dope. I Told him No!. (3) He Told me he would pay me. I still Told him No! (4) he walk To The othe side of The street and. Sat Down on The side walk. (5) shorty came walking Down The street (6) officer Hall stop shorty (7) and. They Talk. (8) officer Hall gave shorty some money. (9) Shorty got up and went To The 16th street Bridge. (10) He came Back puTTing Things into his shurt PockeT. (11) He saT Down next To him and put. Some Thing into his hand. (12) officer Hall was happy and gave shorty some more money (13) shorty went To The Trolley officer Hall went Down The street

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

officer Hall. lie on me. and There was another white cop who name I didnT geT a chance To see his Name. But he was The one who BeaT me up The way I am now with sezzur's

7. Ground 2 or Ground ____ (if applicable):

(14) I look Down The Street I seen a cop car coming and I said To my self shorty DID a Buy and Bust. But the car DID NOT go for shorty. He came stright for me. (15) I jump on the curb.

a. Supporting facts:

and The passager window was Down. He ask me are you Melvan? I Told him No I'm Not! (16) I saw The cop putting on Black glove. (17) He Told me To grab The Fince. (18) as I Turn around. The cop hit me from behine I fall To The ground. (19) He grab me slame me into The Finder held my head on That hot hood. (20) He patted me Down. (21) Found nothing, so he let me go (22) I ask him am I free To go? He said nothing. (23) next Thing I know I was in The WWF. The cop Body slame me on The hood. (24) I felt a pain in my lowyer Back. (25) and now my head hit the windshild and (26) my right Ear hit The lip on The Back of The Hood. (27) Blood came out of my right Ear. now I can't here from it. (28) I got To where Two hereing aid's. (29) The cop would not let me see a Doctor (30) or write out a report

b. Supporting cases, rules, or other authority:

_____
_____
_____
_____
_____

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): Suprime Court.
   b. Result: Turn Down
   c. Date of decision: _____
   d. Case number or citation of opinion, if known: _____
   e. Issues raised: (1) I couldnT Pay The Filling Fee So They
      (2) Trew my case out of court
      (3) _____
   f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known: David K Rankin

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No. If yes, give the following information:
   a. Result: _____
   b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) _____
      (2) _____
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

    I Been Sending paper work To The pont I thought I would go Back To CourT BuT They Turne me Down.

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    I Feel They are protecting This cop for The BeaTTing he DID To me. That cop was wrong and he got the wrong man. BuT They seT me up. They PuT Some white man who I never seen in my life, as my Crimey.

    b. Did you seek the highest level of administrative review available? ☐ Yes. ☒ No.
       Attach documents that show you have exhausted your administrative remedies.

MC-275 (Rev. July 1, 2005)     PETITION FOR WRIT OF HABEAS CORPUS     Page five of six

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13.   ☐ No. If no, skip to number 15.

13. a. (1) Name of court: *I supose To put The paper wok To feds*

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) *I DiDnT go By The step's, But I need.*

   (b) *The court To Know I'm Not The man.*

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

   *The Court would not let me see The Discovery. They where hiding something from me.*

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

   *Well I went To court To court with This Civil Suite*

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 4/23/08

► *Chadwick Ardy D.*
(SIGNATURE OF PETITIONER)

COPY

To: Mr Chadwick & Lawyer

My name is mark, my girlfriend is amy, we both as a couple witnessed the misconduct and unlawful force performed by the officer on Mr. chadwick... The pipe that was in mr chadwicks possession did not belong to him but did belong to amy. Quite honestly or to be truthful about matters mr. chadwick has been clean for some time now id say 4 to 5 years give or take. The reason i

know this is because were longtime friends... To make a long story short, The point to my letter is to relate to you what i witnessed. I remember an undercover officer asking mr chadwick to score him some dope his responce being "No;" a black and white cop car pulls up physically assaulting mr chadwick. On my opinion mr chadwick did not deserve this kind of abuse or any person for that matter

therefore if their is anything i can do to help mr chadwick's case i will!
Thank you for your time and cooperation

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Ardy Demetrius Chadwick

FILING FEE PAID: Yes ☑ No ☐
IFP MOTION FILED: Yes ☐ No ☑
COPIES SENT TO: Court ☐ Prose ☐

**DEFENDANTS**

San Diego Police Dept.

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   San Luis Obispo
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Ardy Demetrius Chadwick
PO Box 8101
San Luis Obispo, CA 93409
T-13047

**ATTORNEYS (IF KNOWN)**

'08 CV 0768 WQH WMc

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☑ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☑ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   Docket Number

DATE   4/28/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Nulley